UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :       22 Cr. 151 (LGS)
                    -against-                               :
                                                            :       <u>ORDER</u>
SIERIC LIRA,                                                :
                                        Defendant,          :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      This case has been assigned to me for all purposes.  It is hereby **ORDERED** that counsel for all parties shall file by Monday, March 14, 2022, a joint letter via CM/ECF proposing a schedule for discovery, the filing of motions, and three proposed dates for a status conference.  The parties also should state whether the parties seek to have the Court exclude time under the Speedy Trial Act between the filing of the order and the pre-trial conference, and the basis for the exclusion.

Dated: March 10, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**