UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
UNITED STATES OF AMERICA,                  :
                                           :
            - v. -                         :
                                           :
                                           :
ERIC LIRA.,                                :    No. 22-Cr-151 (LGS)
                                           :
                                           :
            Defendant.                     :    **Oral Argument Requested**
                                           :
                                           :
------------------------------------------ X

## NOTICE OF DEFENDANT'S MOTION TO DISMISS COUNT ONE OF THE INDICTMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Count One of the Indictment, dated September 9, 2022, Defendant moves this Court, before the Honorable Lorna G. Schofield, at the United States Courthouse, 40 Foley Square, New York, New York, for an Order dismissing count one of the indictment pursuant to the United States Constitution.

DATED: September 6, 2022

                                           Respectfully submitted,

                                           /s/ Mary Stillinger
                                           STILLINGER & GODINEZ, PLLC
                                           401 Boston Avenue
                                           El Paso, Texas 79902
                                           915-775-0705
                                           *Attorney for Defendant Eric Lira*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022, a copy of the foregoing Notice of Defendant's Motion to Dismiss Count One of the Indictment and the Memorandum of Law in Support of Defendant's Motion to Dismiss Count One of the Indictment was filed electronically using this Court's CM/ECF notification service.

DATED: September 6, 2022.

                                            Respectfully submitted,

                                            /s/ Mary Stillinger
                                            STILLINGER & GODINEZ, PLLC
                                            401 Boston Avenue
                                            El Paso, Texas 79902
                                            915-775-0705
                                            *Attorney for Defendant Eric Lira*