**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                              :

                                                       :

                            - v. -                     :

                                                       :

                                                       :

ERIC LIRA.,                                            :          No. 22-Cr-151 (LGS)

                                                       :

                                                       :

                            Defendant.                 :          **Oral Argument Requested**

                                                       :

                                                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF DEFENDANT'S MOTION TO DISMISS FOR LACK OF VENUE, OR, IN THE ALTERNATIVE, MOTION TO CHANGE VENUE

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss for Lack of Venue, or, in the alternative, Motion to Change Venue, Defendant moves this Court, before the Honorable Lorna G. Schofield, at the United States Courthouse, 40 Foley Square, New York, New York, for an Order dismissing this case, pursuant to Federal Rules of Criminal Procedure 12(b)(3)(A)(i) and 18, or, in the alternative, an Order transferring this case to the Western District of Texas.

DATED: September 6, 2022

Respectfully submitted,

/s/ Mary Stillinger
STILLINGER & GODINEZ,  PLLC
401 Boston Avenue
El Paso, Texas 79902
915-775-0705
*Attorney for Defendant Eric Lira*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 6, 2022, a copy of the foregoing Notice of Defendant's Motion to Dismiss for Lack of Venue, or, in the alternative, Motion to Change Venue and the Memorandum of Law in Support of Defendant's Motion Dismiss for Lack of Venue, or, in the alternative, Motion to Change Venue was filed electronically using this Court's CM/ECF notification service.

DATED: September 6, 2022.

Respectfully submitted,

<u>/s/ Mary Stillinger</u>
STILLINGER & GODINEZ,  PLLC
401 Boston Avenue
El Paso, Texas 79902
915-775-0705
*Attorney for Defendant Eric Lira*