UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                    -against-

    ERIC LIRA,
                              Defendant,
------------------------------------------------------------ X

22 Cr. 151 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that status conference currently scheduled for October 3, 2022, is adjourned to **November 21, 2022, at 10:30 a.m.**

Dated: September 30, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE