

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2022

<u>VIA ECF</u>
The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

  Re: *United States v. Eric Lira*, 22 Cr. 151 (LGS)

Dear Judge Schofield:

  The Government respectfully writes to request that the Court exclude time under the Speedy Trial Act between October 3, 2022 and November 21, 2022, the date of the parties' next pretrial conference. 18 U.S.C. § 3161(h)(7). Exclusion of time is warranted in light of the pending motions to dismiss before the Court, which are not yet fully briefed, and are further warranted in order to facilitate pre-trial discussions between the parties regarding discovery and other trial-related matters. The Government has conferred with defense counsel, who consents to the request for exclusion of time.

  Wherefore, the Government requests that the Court so order this letter-motion and exclude time between October 3 and November 21, 2022.

Application Granted. The Court finds that the ends of justice served by excluding the time between today and November 21, 2022, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, among other things, the parties are currently briefing pretrial motions. It is hereby ORDERED that the time between today and November 21, 2022, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 31.

Dated: October 3, 2022
New York, New York

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Sarah Mortazavi/Benjamin A. Gianforti
Assistant United States Attorneys

Cc: Mary Stillinger, Esq. (via ECF)

_____
**L**ORNA **G**. **S**CHOFIELD
**U**NITED **S**TATES **D**ISTRICT **J**UDGE