```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                                                            :
                                                            :    22 Cr. 151 (LGS)
                  -against-                                 :
                                                            :        ORDER
   ERIC LIRA,                                               :
                                        Defendant,          :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that status conference currently scheduled for November 21, 2022, is adjourned to **December 5, 2022, at 10:30 a.m.**

Dated: November 17, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**