

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2022

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Eric Lira*, 22 Cr. 151 (LGS)

Dear Judge Schofield:

    The Government respectfully writes to request that the Court exclude time under the Speedy Trial Act between November 21, 2022 and December 5, 2022, the date of the parties' next pretrial conference. 18 U.S.C. § 3161(h)(7). Exclusion of time is warranted in light of the pending motion to dismiss before the Court, which is now fully briefed, and is further warranted in order to facilitate pre-trial discussions between the parties regarding trial-related matters. The Government has conferred with defense counsel, who consents to the request for exclusion of time.

    Wherefore, the Government requests that the Court so order this letter-motion and exclude time between November 21 and December 5, 2022.

        Very truly yours,

        DAMIAN WILLIAMS
        United States Attorney

by: _____
        Sarah Mortazavi/Benjamin A. Gianforti
        Assistant United States Attorneys

Cc: Mary Stillinger, Esq. (via ECF)