

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2022

> Application Granted. The Court finds that the ends of justice served by excluding the time between today and December 5, 2022, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, among other things, the parties are currently awaiting a decision on a pending motion to dismiss. It is hereby ORDERED that the time between today and December 5, 2022, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 39.
>
> Dated: November 18, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Eric Lira*, 22 Cr. 151 (LGS)

Dear Judge Schofield:

The Government respectfully writes to request that the Court exclude time under the Speedy Trial Act between November 21, 2022 and December 5, 2022, the date of the parties' next pretrial conference. 18 U.S.C. § 3161(h)(7). Exclusion of time is warranted in light of the pending motion to dismiss before the Court, which is now fully briefed, and is further warranted in order to facilitate pre-trial discussions between the parties regarding trial-related matters. The Government has conferred with defense counsel, who consents to the request for exclusion of time.

Wherefore, the Government requests that the Court so order this letter-motion and exclude time between November 21 and December 5, 2022.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Sarah Mortazavi/Benjamin A. Gianforti
Assistant United States Attorneys

Cc: Mary Stillinger, Esq. (via ECF)