UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                          -against-

    ERIC LIRA,
                                Defendant.
------------------------------------------------------------X

22 Cr. 151 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that final pretrial conference currently scheduled for May 30, 2023, is rescheduled to **May 23, 2023, at 11:00 a.m.**

Dated: April 17, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**