UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ERIC LIRA,

        Defendant.

ORDER

22 Cr. 151 (LGS)

---

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on May 8, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:    New York, New York
            May 8, 2023

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE