UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                         :
   UNITED STATES OF AMERICA,                             :
                                                         :
                                                         :            22 Cr. 151 (LGS)
                -against-                                :
                                                         :            SCHEDULING ORDER
   ERIC LIRA,                                            :
                                     Defendant.          :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Eric Lira's sentencing hearing shall be held on

**September 11, 2023**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40

Foley Square, New York, New York 10007.   Defendant's pre-sentencing submission, if any,

shall be filed on or before **August 21, 2023**.  The Government's pre-sentencing submission, if

any, shall be filed by **August 24, 2023.**

Dated: May 8, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**