

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 8, 2023

> Application Granted.  The trial and all pretrial deadlines are cancelled.  The Clerk of the Court is directed to terminate the letter motion at docket number 44.
>
> Dated: May 8, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Eric Lira*, 22 Cr. 151 (LGS)

Dear Judge Schofield:

The Government respectfully writes to request that the Court grant a one-week adjournment of the upcoming deadlines to file motions *in limine* (currently due Monday, May 8, 2023) and voir dire, verdict form, requests to charge, and opposition to motions *in limine* (currently due May 15, 2023). As the Court is aware, the defendant entered a plea of guilty this morning to Count One of the Indictment pursuant to a plea agreement before the Honorable Valerie Figueredo, U.S. Magistrate Judge. The Government has ordered a copy of the plea transcript and will provide it to the Court as soon as it is available.

Given that the defendant has entered a plea of guilty before Judge Figueredo, and awaits this Court's formal acceptance of that plea, the parties respectfully contend that an adjournment of trial-related deadlines is warranted given that the parties are unlikely to proceed to trial.

Wherefore, the Government requests that the Court so order this letter-motion and grant a brief adjournment of the upcoming trial-related deadlines.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Sarah Mortazavi/Benjamin A. Gianforti
Assistant United States Attorneys

Cc: Mary Stillinger, Esq. (via ECF)