UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
UNITED STATES OF AMERICA,       :
:
:  22 Cr. 151 (LGS)
-against-         :
:  ORDER
ERIC LIRA,            :
               Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the 55-day disclosure date for Defendant Eric Lira's presentence investigation report ("PSR") is June 30, 2023;

WHEREAS, on June 28, 2023, the U.S. Probation Office requested an adjournment of the PSR disclosure date to July 19, 2023;

WHEREAS, both parties have agreed to this new date. It is hereby

**ORDERED** that Defendant Eric Lira's PSR shall be filed by **July 19, 2023**.

Dated: June 30, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**