# EXHIBIT A

Dear Judge,

I am writing this letter as a client of Eric Lira to offer a character reference in their ongoing legal matter. I have had the privilege of receiving care and support from Eric Lira and his organization. I am grateful for the opportunity to share my perspective on his character, professionalism, and dedication to his patients.

My experience as a patient of Eric Lira has been nothing short of exceptional. His clinic in Ciudad Juarez, Camelot, has consistently demonstrated the utmost professionalism and dedication to their patients' well-being. Their commitment to providing high-quality healthcare services is evident in every interaction I had with them.

I found Eric Lira to be a compassionate and empathetic caregiver who always prioritized the physical and emotional needs of his patients. His organization's ability to listen, understand, and communicate effectively made me feel comfortable and reassured during my time in their care. They showed genuine concern for my health and recovery.

Moreover, Mr. Lira's organization exhibited a remarkable level of expertise and knowledge in their field. Their medical advice and treatment plans were rooted in the latest research and best practices, ensuring that I received the most effective care. Their commitment to continuous learning and improvement was evident, and it inspired confidence in the care I received. Mr. Lira would consistently send his nurses and therapist to congresses throughout Mexico to ensure that they can offer the most innovative and effective practices available. I can attest that the group he put together is truly exceptional, and the reason I go to Mexico for my well being. Unlike healthcare here in El Paso, Mr. Liras organization shows results.

I must also highlight Mr. Lira's unwavering dedication to his profession. He consistently went above and beyond his responsibilities to ensure that his clients received the best care possible. This dedication was not only evident in their medical practice but also in their tireless efforts to advocate for his patients' rights and access to necessary resources.

In conclusion, I believe that Eric Lira is an outstanding healthcare provider who is not only skilled but also genuinely cares for his patients' well-being. His employees are dedicated, compassionate, and highly professional individuals who have made a significant positive impact on the lives of their patients, including mine. I hope that my perspective as a patient of Mr. Liras organization provides valuable insight into their character and professional capabilities. If you have any further questions or require additional information, please feel free to contact me at 915-245-1959. I am more than willing to provide any further insights or references regarding the exceptional care I received from them.

Thank you for your time and consideration.

Irasema Ontiveros    11.3.2023
Sincerely,
Irasema Ontiveros

Dear Judge,

  I am writing to you today to share with you my immense pride and joy in being the mother of

Eric Lira who has consistently demonstrated a history of self-responsible, hard worker and good behavior throughout his life.

From the moment he entered this world, my son has been a source of immeasurable happiness and a shining example of kindness, respect, and responsibility. His dedication to living a life of virtue and his commitment to being the best version of himself have been unwavering.

In his early years, my son displayed an innate sense of empathy and a desire to help others. Whether it was offering a hand to a classmate in need, volunteering his time at local community events, or standing up for what he believed was right, his sense of social responsibility has always been at the forefront of his actions.

Throughout his school and university years, teachers, coaches, professor's, peers, and friends alike have marveled at his exceptional behavior. His academic achievements have been commendable, but what truly sets him apart is his ability to create a positive and inclusive environment for everyone he encounters. His teachers and professors often praised his respectful demeanor, his willingness to assist others, and his commitment and research.

As he transitioned into his teenage years, I witnessed his unwavering commitment to his principles. He maintained a strong moral compass, making choices that were aligned with his values and consistently setting a remarkable example for his peers. He became a mentor and a role model for his friends, inspiring them to make better choices and embrace the qualities of kindness, responsibility, and integrity. As a mother, I know that my son Eric has few mistakes in his life in which he took full responsibilities and took action in order.

In conclusion, it is with immense pride and gratitude that I share with you the history of good behavior that my son has established over the years. He is a remarkable man who embodies the values of kindness, responsibility, and integrity, and I am confident that he will continue to make us proud as he been facing hard moments.

Thank you for taking the time to read this letter and for your ongoing support. I look forward to witnessing my son's future is filled with promise.

With warm regards,

Rosa Maria Lira

*Rosa Ma. Lira*

Alfonso Lira
11/6/2023

Dear Judge,

I am writing this letter as a concerned father to provide a character reference for my child, Eric Jesus Lira. As Eric's father, I have had the privilege of witnessing their character, personal growth, and their journey to becoming a responsible and caring individual.

As a parent, I have always strived to instill in my child the values of integrity, empathy, and personal responsibility. I can attest to the fact that Eric has always been a loving and respectful individual who cares deeply about their family, friends, and the people around them. They have consistently demonstrated a strong sense of right and wrong and a commitment to ethical behavior.

I have watched my son mature into a compassionate and responsible young adult. He has shown great care and concern for his siblings. Although he was the youngest before my other son Andrew was born, 15 years later, he often took on the role of a supportive and protective sibling. My son is quick to help others and is always willing to lend a hand to those in need.

Throughout his life, my son Eric has demonstrated a strong work ethic, determination, and a desire to achieve his goals. My son has worked hard to excel academically and has consistently maintained part-time employment while pursuing his studies. His dedication to his education and work responsibilities has been truly commendable. My son supported himself, went to school, and was also on the track team while attending the University of Texas at El Paso (UTEP). This just goes to show the determination and strong work ethic my son posseses.

I believe that my son is genuinely remorseful for his actions that have led to his current legal situation. Seeing him in this situation for the past two years, has had a significant impact on my wife as well as myself. We cannot imagine what our son is going through. He is strong, but we know that this situation has impacted my son not only financially, but mentally.

In conclusion, I kindly request that you consider my heartfelt character reference as you make your decision regarding my son's case. I believe that Eric is a good-hearted and responsible individual who is capable of growth. If you have any further questions or require additional information, please feel free to contact me at 915-497-4347. I am more than willing to provide any additional insights or references regarding my child's character and personal journey.

Thank you for your time and consideration.

Sincerely,
Alfonso Lira
*Alfonso Lira*

Nov. 11. 2023

To whom it may concern:

My name is Rosa Munoz and I am writing on behalf of Eric Lira. I have known Eric Lira all my life, he is my brother. Eric has been a reliable member around his community with a good heart, whom is always trying to help others without expecting anything in return. He would never take advantage of others. On the contrary, he is always helping people in need, even when they do not have means to pay. Growing up with him, I always saw the urge to improve himself. During his college years, he was involved in many humanitarian projects and never expected pay. His most rewarding experience, was when he actually went to Peru to rebuild a community in need.

As his older sister, I know that his heart and mind are at peace. He feels bad for any miss judgment on his part but he knows that he did not act in any malicious way. He feels remorse and guilt at the fact that my mother and his family are behind him through this process. As his family, it's hard to see that he has lost almost two years of his life for a process that seems like it will never end.

Almost two years have passed, in which we have seen him depressive, anxious, lost at times but with a glimpsed of hope on him. He occupies his time at home and with friends. I believe that if he did anything minimum, he had already paid for it with his mental health, financial assets, and his own time missed. He has always paid all his taxes and manages his company legally. He is a good member of society that do not ask anything from anyone and do not defaults on his debt. As a good citizen of society myself, I ask you to please consider giving him his life back! Let him continue with his life and contribute to our society the way he has being doing so.

Should you require and additional information, please don't hesitate to contact me via text please.

Sincerely,


Rosa I. Munoz
(915) 422-5640
*R. Munoz* (signature)

Andrew Lira
11/5/2023

U.S District Court- Southern District New York
500 Pearl St, New York, NY 10007

Greetings,

I hope this letter finds you well. I am writing to express my heartfelt admiration and deep appreciation for my brother, Eric, and to highlight the outstanding qualities that make him a remarkable mentor, leader, and an invaluable member of our community.

From an early age, Eric displayed an innate sense of leadership and a genuine commitment to the betterment of those around him. His mentorship qualities shine through in every aspect of his life. He consistently dedicates his time and expertise to guide and support others in their personal and professional development. His capacity to listen, empathize, and offer guidance is truly exceptional. When I finished middle school, my brother went as far as to become my legal guardian, giving me the opportunity to go to a better school and hence achieving a greater education. After graduating high school, I went to college and graduated from Arizona State University. An accomplishment that I will forever be grateful for, and that would have not been possible without the support and guidance of my brother.

As a leader, my brother has a unique ability to inspire and motivate people. Whether it is within our family, at school, or in his various community involvements, he consistently leads by example. His dedication to his responsibilities and his unwavering commitment to upholding high ethical standards make him a source of inspiration for everyone he interacts with. Just having a conversation with my brother, you'll see how he cares about the people who he surrounds himself with. He is truly one of the few people that would rather give than receive.

My brother has impacted communities throughout the world. Eric has dedicated his life to helping the people in need. He volunteers his time and energy for various community initiatives, making a lasting and positive impact. Whether it's organizing charitable events, supporting local causes, or spearheading initiatives that address societal issues, his contributions are exemplary and consistently effective. My brother possesses an unwavering dedication to improving the lives of those around him. His selflessness is evident in the numerous projects he has participated in, each designed to enhance the well-being of people in need. His generosity, kindness, and willingness to help others, even in the face of personal challenges, are qualities that set him apart as an outstanding individual. One of my favorite examples would be when my brother went on a volunteer trip to Peru. My brother's involvement helped build homes and schools for people who are truly in need.

My brother is a role model for many, and his exemplary behavior and dedication to service have a profound and positive influence on those fortunate enough to know him. His commitment to personal growth, education, and community development is a source of inspiration for all of us.

My Brother is an exceptional mentor, a natural leader, and an outstanding member of our community. His kindness, dedication, and tireless efforts have left an indelible mark on my life, as well as the people who have been fortunate enough to have met him. I am proud to call him my brother, and I hope to one day have the same influence on people as he has

Thank you for taking the time to read this letter. I have no doubt that my brothers impact will continue to grow and flourish in the future, benefitting many more lives.

Sincerely,

Andrew Lira



**MAS FINANCIAL SERVICES LLC**

The Honorable Lorna G. Schofield, and/or Valerie Figuerero
District Judge/U.S. Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007

Dear Judge Lorna G. Schofield, and/or Valerie Figuerero

I am writing this letter to offer a character reference for Eric Jesus Lira. My name is Maria Saenz, and I am Mr. Lira's accountant. I have known Eric Lira for over ten years and have had the privilege of witnessing his character, integrity, and contributions to our community.

In my interactions with Eric, I have consistently observed them to be a person of upstanding moral character and an active member of our community. He has demonstrated a strong commitment to their family, friends, and the betterment of our society. Eric Lira is known for his honesty, compassion, and dedication to helping others.

I have had the opportunity to observe my client in his professional life. He exhibits a strong work ethic and reliability, and his interactions with colleagues and employees have always been marked by professionalism and respect. Eric Lira is known for his dedication to his job and his willingness to go above and beyond to ensure the success of the team and the organization he has put together.

Furthermore, I firmly believe that my client is genuinely remorseful for any actions that may have led to their current legal situation. Two years since his initial arrest is approaching, and I have seen how it has impacted him in those years. Before all of this, Eric was extremely open, loving and excited about the future of his business. Although he still tries to be the person he once was, I can also see that this situation has taken a toll on his mental health. I'm happy to see that his business continues, however this situation has had a significant impact on both my client and his business. What does surprise me, is that even with all that my client is going through, he is still responsible with the tasks that are given to him. Mr. Lira's persistence and discipline is truly remarkable.

In conclusion, I respectfully request that you consider the character reference provided here as you make your decision regarding Eric's case. I believe that Eric Lira is a person of good character who has made valuable contributions to our community and who can continue to do so if given the opportunity. If you have any further questions or require additional information, please do not hesitate to contact me at masfinancial11@gmail.com. I am more than willing to provide any further insights or references regarding Eric's character and contributions.

Thank you for your time and consideration.

Sincerely,
Maria Guadalupe Saenz