UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                      -against-

    ERIC LIRA,
                                Defendant.
------------------------------------------------------------ X

22 Cr. 151 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for November 28, 2023, is adjourned to **February 21, 2024, at 11:00 a.m.** due to a conflict on the Court's calendar.

Dated:  November 22, 2023
          New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**