UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                              :
UNITED STATES OF AMERICA
                                              :       CONSENT PRELIMINARY ORDER
         - v. -                               :       OF FORFEITURE/
                                              :       MONEY JUDGMENT
ERIC LIRA,
                                              :       22 Cr. 151 (LGS)
         Defendant.
                                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

WHEREAS, on or about March 8, 2022, ERIC LIRA (the "Defendant"), was charged in an Indictment, 22 Cr. 151 (LGS) (the "Indictment"), with major international doping fraud conspiracy, in violation of Title 21, United States Code, Sections 2402 and 2403 (Count One); and drug adulteration and misbranding conspiracy, in violation of Title 18, United States Code, Section 371 (Count Two);

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 2403, of any property, real and personal, tangible or intangible, that was used or intended to be used, in any manner, to commit or facilitate a violation of the offense charged in Count One of the Indictment, or that constitutes or is traceable to the proceeds taken, obtained, or retained in connection with or as a result of a violation of the offense charged in Count One of the Indictment, including but not limited to sum of money in United States currency representing the value of such property;

WHEREAS, on or about __May 8, 2023__ , the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 21, United States Code, Section 2403(a)(2),

a sum of money equal to $16,410 in United States currency, representing the amount of proceeds taken, obtained, or retained in connection with or as a result of the offense charged in Count One of the Indictment, and the property traceable thereto;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $16,410 in United States currency, representing the amount of proceeds traceable to the offenses charged in Count One of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Sarah Mortazavi, of counsel, and the Defendant and his counsel, Mary Stillinger, Esq., that:

1.      As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $16,410 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ERIC LIRA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York


By:     /s/ Sarah Mortazavi                                          4/19/2023
        SARAH MORTAZAVI                                              DATE
        Assistant United States Attorney
        One St. Andrew's Plaza
        New York, NY 10007
        (212) 637-2520


ERIC LIRA


By:     _____                          5/8/23
        ERIC LIRA                                         DATE


By:     _____                          5/8/23
        MARY STILLINGER, ESQ.                             DATE
        Attorney for Defendant
        401 Boston Avenue
        El Paso, TX 79902



SO ORDERED:


_____                                  2/21/2024
HONORABLE LORNA G. SCHOFIELD                              DATE
UNITED STATES DISTRICT JUDGE